# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN JOHNSON,** | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-2067 |
| v. | : | |
| | : | (Judge Rambo) |
| **SERGEANT BRADLEY,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of January 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner Melvin Johnson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge